UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

Shelburne Bar & Grill Inc.,                               Chapter 11

dba The Irish Pub                                         Case No:    21-10014-jlg


                        Debtor.
-----------------------------------------------------------X

**AFFIDAVIT REGARDING (i) BALANCE SHEET;
(ii) CASH FLOW STATEMENT; & (iii) STATEMENT OF OPERATIONS**

STATE OF NEW YORK      )
                              )ss.:
COUNTY OF NEW YORK   )

Eugene Rooney, being duly sworn, deposes and says that:

1. Shelburne Bar & Grill Inc., d/b/a The Irish Pub ("Shelburne") does not have a Balance Sheet and therefore cannot provide same to the Court for filing.

2. Shelburne does not have a Cash Flow Statement and therefore same cannot be provided to the Court for filing.

3. Shelburne does not have a Statement of Operations and therefore same cannot be provided to the Court for filing.

Dated: Brooklyn, New York
        January 6, 2021

                                                      Shelburne Bar & Grill Inc.

                                      By:   ___*/s/ Eugene Rooneyy*_____

                                          Eugene Rooney - Partner